NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**HANWHA SOLUTIONS CORP.,**
*Appellant*

**v.**

**LONGI GREEN ENERGY TECHNOLOGY CO., LTD., LONGI SOLAR TECHNOLOGY CO., LTD., LONGI (H.K.) TRADING LTD., LONGI (KUCHING) SDN. BHD., LONGI SOLAR TECHNOLOGY (TAIZHOU) CO., LTD., LONGI SOLAR TECHNOLOGY (ZHEJIANG) CO., LTD., LONGI SOLAR TECHNOLOGY (HEFEI) CO., LTD., LONGI SOLAR TECHNOLOGY (US), INC.,**
*Appellees*

_____

2021-1629

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-01072.

-------------------------------------------------------

**HANWHA SOLUTIONS CORP.,**
*Appellant*

**v.**

**REC SOLAR PTE. LTD., JINKOSOLAR (U.S.) INC.,**
*Appellees*

————————————

2021-1642

————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-01145.

————————————

**JUDGMENT**

————————————

SEAN GLOTH, II, Quinn Emanuel Urquhart & Sullivan, LLP, New York, NY, argued for appellant. Also represented by WILLIAM ADAMS, JAMES M. GLASS; DONGKWAN JAMES PAK, KATHLEEN M. SULLIVAN, Los Angeles, CA; SEAN S. PAK, San Francisco, CA.

CHING-LEE FUKUDA, Sidley Austin LLP, New York, NY, argued for appellees LONGi Green Energy Technology Co., Ltd., LONGi Solar Technology Co., Ltd., LONGi (H.K.) Trading Ltd., LONGi (Kuching) Sdn. Bhd., LONGi Solar Technology (Taizhou) Co., Ltd., LONGi Solar Technology (Zhejiang) Co., Ltd., LONGi Solar Technology (Hefei) Co., Ltd., LONGi Solar Technology (US), Inc. Also represented by JOSHUA JOHN FOUGERE, Washington, DC; JASON P. GREENHUT, Chicago, IL; SAMUEL N. TIU, Los Angeles, CA.

JOSEPH V. COLAIANNI, JR., Fish & Richardson PC, Washington, DC, argued for appellees JinkoSolar (U.S.) Inc., REC Solar Pte. Ltd. JinkoSolar (U.S.) Inc. also represented by CHRISTOPHER DRYER, LINHONG ZHANG.

JAMES R. BARNEY, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, for appellee REC

Solar Pte. Ltd.   Also represented by MAREESA ARNITA FREDERICK, ANTHONY A. HARTMANN, RICHARD HILDRETH, III.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, SCHALL, and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 10, 2022            /s/ Peter R. Marksteiner
   Date                  Peter R. Marksteiner
                         Clerk of Court